**Exhibit 1**

**Copyright Registration**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



**Registration Number**

**VA 2-375-574**

**Effective Date of Registration:**
October 16, 2023
**Registration Decision Date:**
December 19, 2023

---

## Title

   **Title of Work:** The Big Spill

## Completion/Publication

   **Year of Completion:** 2010
   **Date of 1st Publication:** October 26, 2010
   **Nation of 1st Publication:** United States

## Author

   • **Author:** Eric Zelinski
   **Author Created:** 2-D artwork
   **Citizen of:** United States

## Copyright Claimant

   **Copyright Claimant:** Daniel Lachman
   7168 Ruane St, San Diego, CA, 92119, United States
   **Transfer statement:** By written agreement

## Certification

   **Name:** Daniel Lachman
   **Date:** October 16, 2023

---

   **Correspondence:** Yes

Page 1 of 1